BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2724
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

DEC 0 9 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-334 KJM |
| Plaintiff, | [PROPOSED] SEALING ORDER |
| v. | |
| WILLIAM G. GREEN, | |
| Defendant. | |

Upon motion of the United States of America, good cause having been shown, and pursuant to Federal Rule of Criminal Procedure 49.1 and Local Rule 140,

**IT IS HEREBY ORDERED** that the undredacted copy of the government's restitution summary table submitted to the Court on December 8, 2015, be sealed until further order of this Court.

Dated: December 9, 2015

Hon. KIMBERLY J. MUELLER
UNITED STAES DISTRICT COURT JUDGE

Sealing Order

1