1  MCGREGOR W. SCOTT
   United States Attorney
2  CHRISTOPHER S. HALES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00334 KJM |
| Plaintiff, | ORDER AMENDING RESTITUTION ORDER PURSUANT TO RULE 36 |
| v. | |
| WILLIAM G. GREEN III, | |
| Defendants. | COURT: Hon. Kimberly J. Mueller |

The Court has reviewed the parties' joint stipulated request to amend the restitution portion of the Judgment in this case pursuant to Federal Rule of Criminal Procedure 36, to make restitution payable to the Internal Revenue Service as contemplated in the Plea Agreement and the final Presentence Investigation Report. See Fed. R. Crim. P. 36; Plea Agreement, ECF 25 at 3:15-17; PSR, ECF 29 at ¶¶14, 88 and p. 20; Judgment, ECF 42 at 5-6. In light of the parties' stipulated request and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The restitution portion of the judgment in this case shall be amended to make the restitution payable to the Internal Revenue Service ("IRS") at the following address: IRS RACS, Attn: Mail Stop 6261, Restitution, 333 W. Pershing Ave., Kansas City, MO 64108.

2. The amended judgment shall direct that defendant's restitution payments shall be made by cashier's check made payable to the Clerk of the Court, and the Clerk of the Court shall remit restitution payments to the IRS at the address stated above.

1 | IT IS SO ORDERED this 25th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER 2